The Key Largo Properties, Plaintiff in Error, v. F. M. Dolan, Defendant in Error.

*Shutts & Bowen,* for Plaintiff in Error.

Ulrich Thomson, Jr., Appellant, v. Mary R. M. Thomson, Appellee.

*W. F. Way,* for Appellant.

S. S. Rosin, et al., Appellants, v. Mortgage Company of Maryland, Appellee.

*Treadwell & Treadwell* and *M. A. Rosin,* for Appellants; *Mabry, Reaves & Carlton,* for Appellee.